UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| TERI MYERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:16-cv-96 |
| | ) | Reeves/Corker |
| GREENE COUNTY BOARD OF | ) | |
| EDUCATION and DAVID McLAIN, | ) | |
| | ) | |
| Defendants. | ) | |

## Memorandum Opinion and Order

Counsel for the parties appeared before the Court for a case-management conference on July 31, 2017, and discussed potential new claims, discovery progress, and the trial date. In light of what was said at the conference, the parties are **ORDERED** to begin discovery. The parties are also **ORDERED** to file a stipulation to the effect that Myers can file an amended complaint adding new claims before she receives a right-to-sue letter from the EEOC. Trial is **CONTINUED** to **January 9, 2018, at 9:00 a.m.**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE